COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

NOS.  2-06-274-CR

 2-06-275-CR                                                          

MICHAEL W. MCDOWELL                                                     APPELLANT

 

                                                   V.

THE STATE OF TEXAS                                                                STATE

                                               ----------

            FROM THE 396TH
DISTRICT COURT OF TARRANT COUNTY

 

                  MEMORANDUM OPINION[1]
AND JUDGMENT

                                               ----------

We
have considered appellant=s A
Withdrawal Of Notice Of Appeal And The Appeal.@  The motion complies with rule 42.2(a) of the
rules of appellate procedure. Tex. R.
App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal. See id.; Tex. R. App. P.
43.2(f).                                                                                                                                                                                                           PER
CURIAM

 

PANEL D:   HOLMAN, GARDNER, and WALKER, JJ.

 

DO NOT PUBLISH

Tex.
R. App. P. 47.2(b)








 

DELIVERED: October 26, 2006                                                      











[1]See Tex. R. App. P. 47.4.